**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 08-01424-CJC(RNBx)                                            Date:  March 16, 2010

Title: <u>HOLLYWOOD HAIR, INC. V. RICHARD FARRELL</u>

PRESENT:

<u>**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**</u>

<u>Michelle Urie</u>                                                    <u>     N/A     </u>
Deputy Clerk                                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                        None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY PLAINTIFF'S CLAIMS SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED IN FAVOR OF DEFENDANT FOR FAILURE TO DEFEND**

     Having read and considered the moving papers presented by defendant, the Court finds this matter appropriate for disposition without a hearing.  *See* FED. R. CIV. P. 78; LOCAL RULE 7-15.  Accordingly, the hearing set for March 22, 2010, at 1:30 p.m. is hereby vacated and off calendar.

     Plaintiff Hollywood Hair, Inc., initiated this action based on Defendant Richard Farrell's use of the phrase "Hollywood Hair" in connection with his commercial website.  Hollywood Hair alleges that Mr. Farrell's use of the phrase constitutes trademark infringement, unfair competition, and false advertising under the Lanham Act and California law.  Mr. Farrell now moves to strike and exclude all evidence and witnesses not timely disclosed by Hollywood Hair.

     According to Mr. Farrell, Hollywood Hair has not served its initial disclosures under Federal Rule of Civil Procedure 26(a).  Additionally, on March 4, 2010, the magistrate judge granted Mr. Farrell's motion to compel Hollywood Hair to provide responses to Mr. Farrell's interrogatories and requests for production of documents.  The magistrate judge also ordered Hollywood Hair to pay sanctions pursuant to Rule 37(a)(5)(A).  Finally, the Court notes that Hollywood Hair has failed to answer Mr. Farrell's counterclaims.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 08-01424-CJC(RNBx)     Date:  March 16, 2010
                                     Page 2

---

    Hollywood Hair has refused to engage in discovery and no longer seems interested in prosecuting its case.  The Court hereby orders Hollywood Hair to show cause why its claims should not be dismissed for failure to prosecute and why default judgment should not be entered in favor of Mr. Farrell on his counterclaims for failure to defend.  Hollywood Hair shall file its opposition, if any, to this Order by April 5, 2010.  Mr. Farrell shall file his response, if any, by April 12, 2010.  The hearing on the order to show cause is scheduled for April 19, 2010, at 1:30 p.m.


jhp

MINUTES FORM 11
CIVIL-GEN                                              Initials of Deputy Clerk MU